DEANNA L. FORBUSH
Nevada Bar No. 6646
RACHEL BICKLE-STONE
Nevada Bar No. 11057
FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
dforbush@foxrothschild.com
landerson@foxrothschild.com

*Attorneys for Venetian Casino Resort*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTI M. LONG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE VENETIAN CASINO RESORT, a Domestic Limited Liability Company; DOE INDIVIDUALS 1 through X inclusive; ROE BUSINESSES OR GOVERNMENTAL ENTITIES 1 through X, inclusive,<br><br>Defendants. | Case No. 2:09-cv-01177-LDG-LRL<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |

Plaintiff Christie M. Long and Defendant The Venetian Casino Resort, by and through their undersigned attorneys hereby submit their Stipulated Discovery Plan and Scheduling Order in compliance with LR 26-1.

1. <u>Initial Rule 26(f) Conference</u> was held on August 11, 2010.

2. <u>Exchange of Initial Disclosures</u> – Defendant Venetian Casino Resort exchanged its initial disclosures on August 13, 2010. Plaintiff will exchange her initial disclosures or before December 10, 2010,

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway
Suite 500
Las Vegas, Nevada 89169

VG1 47659v1 11/29/10

Page 1 of 3

3.  <u>Subject of Discovery</u>:  Discovery will be conducted regarding liability and damages, if any, as alleged in Plaintiff's Complaint.

4.  <u>Disclosure of Electronically Stored Information</u>:  Electronically stored information will be exchanged by the parties in paper or in .pdf format.  However, the parties are not waiving, and expressly reserve, the right to see production of electronically stored information in its native file format and/or seek metadata associated with electronic files.

5.  <u>Protection of Privileged/Trial Preparation Material</u>:  Currently, there are no issues related to claims of privilege or of protection as trial preparation material.  The parties have not reached any agreement on a procedure to assert such claims after production.

6.  <u>Discovery Deadline</u> – Each party anticipates conducting discovery permissible under the Federal Rules of Civil Procedure 26(b).  The parties have agreed that the date by which to complete discovery will be **March 18, 2010**.

7.  <u>Amend Pleadings and Add Parties</u>:  Pursuant to LR 26-1(e)(2), motions to amend the pleadings or to add parties shall be filed and served on or before **December 17, 2010,** 90 days prior to the discovery deadline.

8.  <u>Interim Status Report</u>:   **January 14, 2011** is the last Court day to submit a joint interim status report, 60-days prior to the discovery deadline pursuant to LR 26-3.

9.  <u>Expert Witness Information</u> – **January 14, 2011** is the last day for the parties to exchange expert witness information and reports.  **February 14, 2010** is the last day for the parties to exchange rebuttal witness information, 30 days after the initial disclosure of experts pursuant to LR 26-1(e)(3).  The requirements of FRCP 26(a)(2)(B) shall apply to any such disclosures.

11.  <u>Extending Discovery</u> – Any motions or stipulations to extend discovery must be received by the Court by **February 25, 2011.**

12.  <u>Dispositive Motions</u> – dispositive motions must be filed on or before **April 18, 2011**, 30 days after the discovery deadline pursuant to LR 26-1(e)(4).

13.  <u>Summary Judgment</u> – Unless a different time is set by the Court, any motion for

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway
Suite 500
Las Vegas, Nevada  89169

VG1 47659v1 11/29/10

1  summary judgment must be filed on or before **April 18, 2011**.

2      14.    <u>Motions *in Limine*</u> – Pursuant to LR 16-3, motions *in Limine* may be filed at any

3  time up to thirty days before trial.

4      15.    <u>Joint Pretrial Order</u> – The joint pretrial order required by LR 26-1(e)(5) shall be

5  filed by the parties no later than **May 18, 2011**, thirty days after the deadline for filing dispositive

6  motions.  In the event dispositive motions are filed, the date for filing the joint pretrial order shall

7  be suspended until thirty days after the decision of the dispositive motions or until further order of

   the Court as provided in LR 26-1(e)(5).  The disclosures required by FRCP 26(a)(3), and any

8  objections thereto, shall be included in the pretrial order as required by LR 26-1(e)(6).

9      Respectfully submitted this 1st day of December 2010.

| FOX ROTHSCHILD LLP | LAW OFFICES OF PHILIP J. TRENCHAK |
|---|---|
| BY:  /s/ Deanna L. Forbush<br>DEANNA L. FORBUSH<br>RACHEL BICKLE-STONE<br>3800 Howard Hughes Parkway,<br>Suite 500<br>Las Vegas, Nevada  89169<br>dforbush@foxrothschild.com<br>landerson@foxrothschild.com<br><br>*Attorneys for Venetian Casino Resort* | By:   /s/ Phillip J. Trenchak<br>PHILIP J. TRENCHAK<br>Nevada Bar No. 9924<br>3470 East Russell Road, Suite 215<br>Las Vegas, Nevada  89120<br>trenchaklaw@gmail.com<br><br>*Attorneys for Plaintiff Christi M. Long* |

**ORDER**

It is so ORDERED this 16th day of December 2010.

_____
United States Magistrate Judge

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway
Suite 500
Las Vegas, Nevada  89169

VG1 47659v1 11/29/10